## E. B. BARNES

### v.

## STATE.

### No. 27583.

Court of Criminal Appeals of Texas.

April 6, 1955.

No attorney on appeal, for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is passing as true a forged instrument; the punishment, five years.

Appellant has filed his personal affidavit stating that he no longer desires to prosecute this appeal and requests that the same be dismissed.

This request is accordingly granted, and the appeal is dismissed.